UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22791-BLOOM/Louis

VILMA MARQUEZ,

    Plaintiff,

v.

NATIONAL FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Bill of Costs, ECF No. [153] ("Motion"), filed on March 15, 2022. The Motion was previously referred to Magistrate Judge Lauren Fleischer Louis for a Report and Recommendations ("R&R"). *See* ECF No. [155]. On July 12, 2022, the Magistrate Judge issued a R&R recommending that the Motion be granted. ECF No. [176]. The R&R states that the parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. at 7. To date, the parties have filed no objections, nor have the parties sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED** for the reasons set forth therein.

Case No. 20-cv-22791-BLOOM/Louis

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [176]**, is **ADOPTED**.

2. The Motion, **ECF No. [153]**, is **GRANTED**.

3. Plaintiff is awarded a total of **$3,284.78** in costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 27, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record